THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 0912139 B.C., LTD., a Canadian corporation, and PAKAGE APPAREL, INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RAMPION USA INC., a Washington corporation, and RAMPION ENTERPRISES LTD., a Canadian corporation,<br><br>Defendants. | No. 2:18-cv-01464-JLR<br><br>ORDER GRANTING JOINT MOTION TO SET CERTAIN PRE-TRIAL DATES |

Pursuant to the Joint Motion to Set Certain Pre-Trial Dates filed by the parties herein, and after review and consideration thereof, the joint motion is GRANTED.

The following agreed-upon dates shall be entered as follows:

Disclosure of non-infringement contentions     February 4, 2019

Exchange of terms for claim construction        February 13, 2019

IT IS SO ORDERED this 23 day of January, 2019.

_____
The Honorable James L. Robart
United States District Court Judge

ORDER GRANTING JOINT MOTION TO SET CERTAIN PRE-TRIAL DATES
(2:18-cv-01464-JLR) - 1

1  *Presented by*:

2

3  STOEL RIVES LLP

4  /s/ Brian C. Park
   Brian C. Park, WSBA No. 25584
5  600 University Street, Suite 3600
   Seattle, WA 98101-4109
6  Telephone: (206) 386-7542
   Facsimile: (206) 386-7500
7  Email: brian.park@stoel.com

8  /s/ Steven T. Lovett
   Steven T. Lovett (Admitted *pro hac vice*)
9  steve.lovett@stoel.com

10 /s/ Nathan C. Brunette
   Nathan C. Brunette (Admitted *pro hac vice*)
11 nathan.brunette@stoel.com
   760 S.W. Ninth Avenue, Suite 3000
12 Portland, OR 97205
   Telephone: (503) 224-3380
13 Facsimile: (503) 220-2480

14 Attorneys for Plaintiffs

15
   DORSEY & WHITNEY LLP
16
   /s/ Paul Meiklejohn
17 Paul Meiklejohn, WSBA No. 17477

18 /s/ Erin Kolter
   Erin Kolter, WSBA No. 53365
19 Columbia Center
   701 Fifth Avenue, Suite 6100
20 Seattle, WA 98104
   Telephone: (206) 903-8800
21 Facsimile: (206) 299-3594
   meiklejohn.paul@dorsey.com
22 kolter.erin@dorsey.com

23 Attorneys for Defendants

24

25      Dated this 18th day of January, 2019.

26

ORDER GRANTING JOINT MOTION TO SET CERTAIN PRE-TRIAL DATES
(2:18-cv-01464-JLR) - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

99888464.1 0068561-00001