THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *0912139 B.C. LTD.*, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>*RAMPION USA INC.*, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 2:18-cv-1464-JLR<br><br>[PROPOSED] ORDER TO PERMIT AMENDMENT TO DEFENDANTS' INVALIDITY CONTENTIONS<br><br>**Noted on Motion Calendar:**<br>**February 5, 2019** |

For the reasons set forth in the Stipulated Motion to Amend Defendants' Preliminary Invalidity Contentions, the Court hereby GRANTS the motion.

Dated this 6th day of February, 2019

_____
The Honorable James L. Robart
United States District Judge

PROPOSED ORDER - 1
2:18-cv-1464-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820