THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 0912139 B.C., LTD., a Canadian corporation, and PAKAGE APPAREL, INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RAMPION USA INC., a Washington corporation, and RAMPION ENTERPRISES LTD., a Canadian corporation,<br><br>Defendants. | No. 2:18-cv-01464-JLR<br><br>DECLARATION OF BRIAN C. PARK IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' INVALIDITY CONTENTIONS<br><br>NOTE ON MOTION CALENDAR: April 5, 2019 |

I, Brian C. Park, do hereby state and declare as follows:

1.      I am an attorney at Stoel Rives, LLP and am counsel for Plaintiffs 0912139 B.C., LTD. and Pakage Apparel, Inc. ("BN3TH") in this case.  I am competent to testify and make the following statements based on my personal knowledge.

2.      Attached as Exhibit 1 is a true and correct copy of the invalidity contentions served by Defendants on January 28, 2019, with highlighted portions to indicate subject matter subject to the motion to strike.

3.      Attached as Exhibit 2 is a true and correct copy of Defendants' amendments to the invalidity contentions, served on BN3TH on February 1, 2019.

4.      Attached as Exhibit 3 is a true and correct copy of the claim charts enclosed with Defendants' January 28, 2019 invalidity contentions (the "Charts").

DECLARATION OF BRIAN C. PARK (100747513.1 0068561-00001) — 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1    5.    Counsel for Plaintiffs have reviewed the documents produced by Defendants with

2 service of Defendants invalidity contentions.  Plaintiffs' counsel has been unable to identify any

3 produced document that corresponds to the "Lift Collection" reference discussed in Defendants'

4 invalidity contentions.

5    I declare under penalty of perjury of the laws of the United States that the foregoing is

6 true and correct.

7    Executed this 21st day of March, 2019, at Seattle, Washington.

8                                        _/s/ Brian C. Park_____

9                                        Brian C. Park

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BRIAN C. PARK (100747513.1 0068561-00001) — 2

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that I caused to be served the foregoing **DECLARATION OF BRIAN**

3  **C. PARK IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS'**

4  **INVALIDITY CONTENTIONS** on the following named person(s) on the date indicated below

5  by

6           ¨    mailing with postage prepaid

7           ¨    hand delivery

           ¨    facsimile transmission
8
           ¨    overnight delivery
9
           ¨X   CM/ECF notification
10

11

12      Paul Meiklejohn
        meiklejohn.paul@dorsey.com
13      Erin Kolter
        kolter.erin@dorsey.com
14      Dorsey & Whitney LLP
        701 Fifth Avenue, Suite 6100
15      Seattle, WA  98104

16      Attorneys for Defendants

17      DATED:   March 21, 2019.

18                                              /s/ Brian C. Park
                                                Brian C. Park, WSBA No. 25584
19                                              Steven T. Lovett (admitted *pro hac vice*)
                                                Nathan C. Brunette (admitted *pro hac vice*)
20
                                                Attorneys for Plaintiffs
21

22

23

24

25

26

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*