THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 0912139 B.C. LTD., a Canadian corporation, and PAKAGE APPAREL INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RAMPION USA INC., a Washington corporation, and RAMPION ENTERPRISES LTD., a Canadian corporation,<br><br>Defendants. | No. 2:18-cv-01464-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO RE-NOTE AND SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE |

Pursuant to the Joint Motion to Re-Note and Set Briefing Schedule on Plaintiffs' Motion to Strike, and after review and consideration thereof, the joint motion is GRANTED.

The following agreed-upon dates shall be entered as follows:

| | |
|---|---|
| Re-note Plaintiffs' Motion to Strike Defendants' Invalidity Contentions | April 19, 2019 |
| Defendants' Opposition to Plaintiffs' Motion to Strike | April 8, 2019 |
| Plaintiffs' Reply in Support of Motion to Strike | April 19, 2019 |

Dated this 26th day of March, 2019.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO RE-NOTE AND - 1
SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE
100930772.1 0068561-00001

1   Presented By:

2   STOEL RIVES LLP

3   /s/ Brian C. Park
    Brian C. Park, WSBA No. 25584
4   600 University Street, Suite 3600
    Seattle, WA 98101-4109
5   Telephone: (206) 386-7542
    Facsimile: (206) 386-7500
6   Email: brian.park@stoel.com

7   /s/ Steven T. Lovett
    Steven T. Lovett (admitted *pro hac vice*)
8   steve.lovett@stoel.com

9   /s/ Nathan C. Brunette
    Nathan C. Brunette (admitted *pro hac vice*)
    nathan.brunette@stoel.com
10  760 S.W. Ninth Avenue, Suite 3000
    Portland, OR 97205
11  Telephone: (503) 224-3380
    Facsimile: (503) 220-2480
12
    Attorneys for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING JOINT MOTION TO RE-NOTE AND - 2
SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE
100930772.1 0068561-00001

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served the foregoing document on the following named person(s) on the date indicated below by CM/ECF notification:

Paul Meiklejohn
meiklejohn.paul@dorsey.com
Erin Kolter
kolter.erin@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

Attorneys for Defendants

DATED: March 25, 2019.

/s/ Brian C. Park
Brian C. Park, WSBA No. 25584
Steven T. Lovett (admitted *pro hac vice*)
Nathan C. Brunette (admitted *pro hac vice*)

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE - 1