THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 0912139 B.C. LTD., a Canadian corporation, and PAKAGE APPAREL INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RAMPION USA INC., a Washington corporation, and RAMPION ENTERPRISES LTD., a Canadian corporation,<br><br>Defendants. | CIVIL ACTION NO. 2:18-cv-1464-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF LETTERS ROGATORY |



This matter comes before the Court on defendants Rampion USA Inc. and Rampion Enterprises Ltd.'s (collectively, "Rampion") motion for issuance of letters rogatory to compel SAXX Underwear Co. ("SAXX"), a company registered in British Columbia, Canada, to produce certain requested documents as well as to take the oral deposition of SAXX pursuant to Federal Rule of Civil Procedure 30(b)(6). The Court, having reviewed the unopposed motion, the proposed letters rogatory submitted therewith, along with any supporting declarations and exhibits, and being fully advised, hereby GRANTS Rampion's motion. Accordingly, this Court will issue the letters rogatory, attached hereto as Exhibit A, to the Supreme Court of British Columbia in

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR ISSUANCE OF LETTERS
ROGATORY - 1
2:18-cv-1464-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Vancouver, Canada, to compel the production of the requested documents by SAXX Underwear Co.

DATED this 9th day of April, 2019

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

Presented by on April 8, 2019 by:

DORSEY & WHITNEY LLP

*/s/ Paul Meiklejohn*
PAUL MEIKLEJOHN WSBA # 17477
MEIKLEJOHN.PAUL@DORSEY.COM
ERIN KOLTER WSBA #53365
KOLTER.ERIN@DORSEY.COM
**Dorsey & Whitney LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR ISSUANCE OF LETTERS
ROGATORY - 2
2:18-cv-1464-JLR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820