THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 0912139 B.C., LTD., a Canadian corporation, and PAKAGE APPAREL, INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RAMPION USA INC., a Washington corporation, and RAMPION ENTERPRISES LTD., a Canadian corporation,<br><br>Defendants. | No. 2:18-cv-01464-JLR<br><br>**STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DATES AND [~~PROPOSED~~] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br><br>AUGUST 1, 2019 |

Pursuant to LCR 7(d)(1) and 10(g), Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and jointly move the Court for entry of an order extending certain pretrial deadlines.

**A.    Case Status.**

This case was filed on October 5, 2018. (Dkt. #1.) On December 13, 2018, the Court entered its Minute Order Setting Trial Dates and Related Dates. (Dkt. #22.) The case schedule established in December was amended on January 23, 2019 to add two deadlines relating to certain patent-related disclosures. (Dkt. #25). No further change to the case schedule has been requested or made.

//

JOINT MOTION TO EXTEND CERTAIN PRETRIAL - 1
DATES (2:18-cv-01464-JLR)

103026906.1 0068561-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

The parties have exchanged discovery requests and responses, tens of thousands of documents were produced, and one deposition was taken. The Court's Claim Construction Order was entered on July 30, 2019. (Dkt. #57.)

**B.     Ongoing Settlement Efforts and August 21, 2019 Mediation.**

Over the last several weeks, the CEOs of the parties met in person and via telephone to discuss possible settlement and exchanged a series of detailed correspondence, including at least one exploratory offer of settlement. Mediation is scheduled to begin at 9 a.m. on Wednesday, August 21, 2019 with Lou Peterson, Mediator, at the offices of Hillis Clark Martin & Peterson P.S., 999 Third Avenue, Suite 4600, Seattle, Washington 98104.

**C.     Cause for the Requested Extension.**

The parties seek to move the expert deadlines to avoid incurring the expense associated with expert work that would prove unnecessary if mediation succeeds. The parties also seek to move the close of discovery back three weeks to allow them to focus on preparing for a successful mediation between now and August 21, 2019, and to provide sufficient time following expert reports to complete discovery. All other pre-trial and trial dates remain in accordance with the Court's December 13, 2018 Minute Order.

**D.     Requested Extension.**

Those deadlines that are the subject of this motion are bold and in italics in the table below.

| PRETRIAL DEADLINE | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| *Expert Witness Disclosure* | *08/30/2019* | *09/27/2019* |
| *Rebuttal Expert Disclosure* | *09/27/2019* | *10/18/2019* |
| Amended Pleadings | 10/02/2019 | 10/02/2019 |
| *Close of Discovery* | *10/18/2019* | *11/08/2019* |
| Dispositive Motions | 11/26/2019 | 11/26/2019 |

JOINT MOTION TO EXTEND CERTAIN PRETRIAL - 2
DATES (2:18-cv-01464-JLR)

103026906.1 0068561-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

| PRETRIAL DEADLINE | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Settlement Conference | 12/27/2019 | 12/27/2019 |
| Motions in Limine | 02/28/2020 | 02/28/2020 |
| Pretrial Order | 03/12/2020 | 03/12/2020 |
| Pretrial Conference | 03/16/2020 at 2 p.m. | 03/16/2020 at 2 p.m. |
| Trial Brief | 03/23/2020 | 03/23/2020 |
| Voir Dire/Jury Instructions | 03/23/2020 | 03/23/2020 |
| Jury Trial | 03/30/2020 at 1:30 p.m. | 03/30/2020 at 1:30 p.m. |

DATED: August 1, 2019.

STOEL RIVES LLP

/s/ Brian C. Park
Brian C. Park, WSBA No. 25584
600 University Street, Suite 3600
Seattle, WA 98101-4109
Telephone: (206) 386-7542
Facsimile: (206) 386-7500
Email: brian.park@stoel.com

/s/ Steven T. Lovett
Steven T. Lovett (Admitted *pro hac vice*)
steve.lovett@stoel.com

/s/Nathan C. Brunette
Nathan C. Brunette (Admitted *pro hac vice*)
nathan.brunette@stoel.com
760 S.W. Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Plaintiffs

DORSEY & WHITNEY LLP

/s/ Paul Meiklejohn
Paul Meiklejohn, WSBA No. 17477

/s/ Erin Kolter
Erin Kolter, WSBA No. 53365
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 299-3594
meiklejohn.paul@dorsey.com
kolter.erin@dorsey.com

Attorneys for Defendants

JOINT MOTION TO EXTEND CERTAIN PRETRIAL - 3
DATES (2:18-cv-01464-JLR)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

103026906.1 0068561-00001

1 **ORDER**

2 It is so ordered.

3

4 Dated this 2nd day of August, 2019.

5

6

7 THE HONORABLE JAMES L. ROBART
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT MOTION TO EXTEND CERTAIN PRETRIAL - 4
DATES (2:18-cv-01464-JLR)

103026906.1 0068561-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DATES AND [PROPOSED] ORDER** on the following named person(s) on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☒ Email pursuant to verbal agreement at 11/20/2018 Rule 26(f) conference

to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last-known address(es) indicated below.

Paul Meiklejohn
meiklejohn.paul@dorsey.com
Erin Kolter
kolter.erin@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

Attorneys for Defendants

DATED: August 1, 2019.

/s/ Steven T. Lovett
Brian C. Park, WSBA No. 25584
Steven T. Lovett (admitted *pro hac vice*)
Nathan C. Brunette (admitted *pro hac vice*)

Attorneys for Plaintiffs

JOINT MOTION TO EXTEND CERTAIN PRETRIAL - 5
DATES (2:18-cv-01464-JLR)