THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 0912139 B.C., LTD., a Canadian corporation, and PAKAGE APPAREL, INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RAMPION USA INC., a Washington corporation, and RAMPION ENTERPRISES LTD., a Canadian corporation,<br><br>Defendants. | No. 2:18-cv-01464-JLR<br><br>**STIPULATED MOTION TO RE-NOTE DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br><br>August 28, 2019 |

Pursuant to LCR 7(d)(1) and 10(g), Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and jointly move the Court to re-note Defendants' Motion for Leave to Amend Invalidity Contentions (Dkt. 60) for September 6, 2019. Defendants' Reply Memorandum will be filed on September 6, 2019. When the Motion to Leave was filed on August 15, 2019, it was noted for August 30, 2019 in compliance with LCR 7(d)(3).

The parties attended mediation on August 21, 2019 and are continuing settlement discussions. The parties would like to avoid, as much as possible, the expense associated with this litigation until it is determined whether the litigation can be resolved by those discussions. Moreover, Defendants' lead counsel needs to leave for a funeral in Philadelphia for a family member tomorrow and will not return until the following week.

STIPULATED MOTION TO RE-NOTE MOTION FOR LEAVE - 1
(2:18-cv-01464-JLR)

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

1   To allow time to continue these settlement discussions and to accommodate Defendants'
2   counsel's schedule, the parties stipulate and jointly seek to re-note Defendants' Motion for Leave
3   (Dkt. 60) for September 6, 2019.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION TO RE-NOTE MOTION FOR LEAVE - 2
(2:18-cv-01464-JLR)

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED: August 28, 2019.

| STOEL RIVES LLP | DORSEY & WHITNEY LLP |
|---|---|

/s/ Brian C. Park
Brian C. Park, WSBA No. 25584
600 University Street, Suite 3600
Seattle, WA 98101-4109
Telephone: (206) 386-7542
Facsimile: (206) 386-7500
Email: brian.park@stoel.com

/s/ Steven T. Lovett
Steven T. Lovett (Admitted *pro hac vice*)
steve.lovett@stoel.com

/s/ Nathan C. Brunette
Nathan C. Brunette (Admitted *pro hac vice*)
nathan.brunette@stoel.com
760 S.W. Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Plaintiffs

/s/ Paul T. Meiklejohn
Paul T. Meiklejohn, WSBA No. 17477

/s/ Erin Kolter
Erin Kolter, WSBA No. 53365
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 299-3594
meiklejohn.paul@dorsey.com
kolter.erin@dorsey.com

Attorneys for Defendants

STIPULATED MOTION TO RE-NOTE MOTION FOR LEAVE - 2
(2:18-cv-01464-JLR)

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

It is so ordered.

Dated this 28th day of August, 2019.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO RE-NOTE MOTION FOR LEAVE - 3
(2:18-cv-01464-JLR)

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820